IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA HARVEY, as administrator for The Estate of Anthony Harvey, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CA 15-00641-C |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendant's motion for summary judgment (Doc. 20) is **GRANTED**. Thus, the Plaintiffs' claim set forth in the complaint (Doc. 1 at 7-9) is **DISMISSED WITH PREJUDICE**.

**DONE** this the 20th day of July 2016.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**